B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Tanglewood Farms, Inc. of Elizabeth City | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 56-1121561 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 1268 U.S. Highway 17 South<br>Elizabeth City, NC | |
| ZIP Code: 27909 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Pasquotank | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| | |

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Tanglewood Farms, Inc. of Elizabeth City |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Tanglewood Farms, Inc. of Elizabeth City

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
Firm Name

PO Box 1654
New Bern, NC 28563
Address

252-633-2700
Telephone Number

August 20, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ James H. Winslow
Signature of Authorized Individual

James H. Winslow
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 20, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re: Tanglewood Farms, Inc. of Elizabeth City  
Debtor(s)

Case No.  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Steve Shipps<br>237 Snyder Drive<br>Venice, FL 34292 | Steve Shipps<br>237 Snyder Drive<br>Venice, FL 34292 | Unsecured Note | | 934,427.00 |
| Charles Jackson<br>P.O. Box 567<br>Fairmont, NC 28340 | Charles Jackson<br>P.O. Box 567<br>Fairmont, NC 28340 | 2007 Soybean Storage | | 364,308.00 |
| North Lake Farms<br>Attn: Managing Agent<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | North Lake Farms<br>Attn: Managing Agent<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | Wheat Storage | | 325,208.00 |
| Jessie John Morris<br>468 Lions Club Rd.<br>Elizabeth City, NC 27909 | Jessie John Morris<br>468 Lions Club Rd.<br>Elizabeth City, NC 27909 | 2004-2007 Soybean Storage | | 299,326.00 |
| Jason Pendleton<br>1891 Nixonton Rd.<br>Elizabeth City, NC 27909 | Jason Pendleton<br>1891 Nixonton Rd.<br>Elizabeth City, NC 27909 | 2007 Corn Storage | | 280,437.00 |
| J-Ham Farms & Grain<br>Attn: Managing Agent<br>112 East Armfield St.<br>Saint Pauls, NC 28384 | J-Ham Farms & Grain<br>Attn: Managing Agent<br>112 East Armfield St.<br>Saint Pauls, NC 28384 | 2008 Soybean Storage | | 244,688.00 |
| Charles Jackson<br>P.O. Box 567<br>Fairmont, NC 28340 | Charles Jackson<br>P.O. Box 567<br>Fairmont, NC 28340 | 2008 Corn Storage | | 234,497.00 |
| Allen Balance<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | Allen Balance<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | Corn Storage | | 220,597.00 |
| Allen Balance<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | Allen Balance<br>1875 North Lake Rd.<br>Fairfield, NC 27826 | Soybean Storage | | 217,618.00 |
| Rufus Jackson<br>917 Hall's Creek Rd.<br>Elizabeth City, NC 27909 | Rufus Jackson<br>917 Hall's Creek Rd.<br>Elizabeth City, NC 27909 | 2008 Soybean Storage | | 213,662.00 |
| Glenn Pendleton<br>785 Dryridge Rd.<br>Elizabeth City, NC 27909 | Glenn Pendleton<br>785 Dryridge Rd.<br>Elizabeth City, NC 27909 | 2007 Corn Storage | | 152,585.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Tanglewood Farms, Inc. of Elizabeth City                    Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Glenn Pendleton<br>785 Dryridge Rd.<br>Elizabeth City, NC 27909 | Glenn Pendleton<br>785 Dryridge Rd.<br>Elizabeth City, NC 27909 | 2007 Soybean Storage | | 105,616.00 |
| Kevin Old<br>154 Bass Lake Rd.<br>South Mills, NC 27976 | Kevin Old<br>154 Bass Lake Rd.<br>South Mills, NC 27976 | 2008 Corn Storage | | 104,846.00 |
| Tony Hale Farms, Inc.<br>Attn: Managing Agent<br>5905 Sand Pit Road<br>Scotland Neck, NC 27874 | Tony Hale Farms, Inc.<br>Attn: Managing Agent<br>5905 Sand Pit Road<br>Scotland Neck, NC 27874 | Unsecured Note | | 100,000.00 |
| Danny Jennings<br>109 Inlet Drive<br>Elizabeth City, NC 27909 | Danny Jennings<br>109 Inlet Drive<br>Elizabeth City, NC 27909 | 2008 Soybean Storage | | 92,613.00 |
| Ronnie & Wayne White<br>2551 Peartree Rd.<br>Elizabeth City, NC 27909 | Ronnie & Wayne White<br>2551 Peartree Rd.<br>Elizabeth City, NC 27909 | 2007 Soybean Storage | | 91,750.00 |
| Jimmy Wilson<br>437 Weigh Station Rd.<br>Hertford, NC 27944 | Jimmy Wilson<br>437 Weigh Station Rd.<br>Hertford, NC 27944 | Soybean Storage | | 89,907.00 |
| Crawford Wilson<br>437 Weigh Station Rd.<br>Hertford, NC 27944 | Crawford Wilson<br>437 Weigh Station Rd.<br>Hertford, NC 27944 | Soybean Storage | | 89,907.00 |
| Danny Jennings<br>109 Inlet Drive<br>Elizabeth City, NC 27909 | Danny Jennings<br>109 Inlet Drive<br>Elizabeth City, NC 27909 | 2008 Corn Storage | | 86,594.00 |
| Chuck Jackson<br>917 Hall's Creek Rd.<br>Elizabeth City, NC 27909 | Chuck Jackson<br>917 Hall's Creek Rd.<br>Elizabeth City, NC 27909 | 2007 Soybean Storage | | 83,564.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 20, 2010                    Signature  /s/ James H. Winslow
                                                    James H. Winslow
                                                    President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   Tanglewood Farms, Inc. of Elizabeth City                               Case No.
                                            Debtor(s)                          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   August 20, 2010                          /s/ James H. Winslow
                                                 James H. Winslow/President
                                                 Signer/Title

TANGLEWOOD FARMS, INC. OF ELIZABETH CITY
1268 U.S. HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA 19114

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

AFLAC
ATTN: MANAGING AGENT
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797

ALBEMARLE RENT A JON
ATTN: MANAGING AGENT
P.O. BOX 2021
ELIZABETH CITY, NC 27909

ALTEC CAPITAL SERVICES, LLC
ATTN: MANAGING AGENT
33 INVERNESS CTR. PKWY, STE 200
BIRMINGHAM, AL 35242

APPOMATTOX LIME CO.
ATTN: MANAGING AGENT
P.O. BOX 8425
ROANOKE, VA 24014

AXIS CAPITAL
ATTN: MANAGING AGENT
308 N. LOCUST ST.
GRAND ISLAND, NE 68801

ALLEN BALANCE
1875 NORTH LAKE RD.
FAIRFIELD, NC 27826

BANK MIDWEST, N.A.
ATTN: MANAGING AGENT
1111 MAIN 15TH FLOOR
KANSAS CITY, MO 64105

BANK OF THE WEST
ATTN: MANAGING AGENT
201 N. CIVIC DR., STE 360B
WALNUT CREEK, CA 94596

A. T. BANKS
801 OKISKO ROAD
ELIZABETH CITY, NC 27909

KENNETH BATEMAN
1222 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

BB&T
ATTN: MANAGING AGENT
108 CLAIRE DR.
EDENTON, NC 27932

BB&T EQUIPMENT FIN
ATTN: MANAGING AGENT
P.O. BOX 580155
CHARLOTTE, NC 28258-0155

BELVIDERE FARMERS EXCHANG
ATTN: MANAGING AGENT
P.O. BOX 98
BELVIDERE, NC 27919

ARLION BERRY
1110 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

E. T. BERRY
1231 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

BMG METALS
ATTN: MANAGING AGENT
P.O. BOX 7536
HENRICO, VA 23231

BRADY OUTDOOR EQUIPMENT
ATTN: MANAGING AGENT
1354-A HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

MILES BRITE
820 SUN GRO ROAD
ELIZABETH CITY, NC 27909

ANN BUTT
1223 WOODVILLE RD.
HERTFORD, NC 27944

ROSE BYRUM  
154 LESTER LANE  
TYNER, NC 27980

C. A. PERRY & SON, INC.  
ATTN:  MANAGING AGENT  
4033 VIRGINIA RD.  
HOBBSVILLE, NC 27946

JOSEPH N. CALLAWAY, ESQ.  
ATTY FOR C.A. PERRY & SON, I  
PO BOX 7100  
ROCKY MOUNT, NC 27804-0100

CAMDEN SHELL  
ATTN:  MANAGING AGENT  
191 HWY 158 WEST  
CAMDEN, NC 27921

CARDEN PRINTING  
ATTN:  MANAGING AGENT  
P.O. BOX 1454  
ELIZABETH CITY, NC 27909

CARQUEST  
ATTN:  MANAGING AGENT  
P.O. BOX 404875  
ATLANTA, GA 30384-4875

CENTURY LINK  
ATTN:  MANAGING AGENT  
P.O. BOX 4300  
CAROL STREAM, IL 60197-4300

LAWRENCE CHAPELLE  
1777 NEW HOPE RD.  
HERTFORD, NC 27944

LAWRENCE CHAPPELL  
1777 NEW HOPE RD.  
HERTFORD, NC 27944

WILLIAM WRAY CHAPPELL  
105 SUTTON'S LANE  
HERTFORD, NC 27944

CITY OF ELIZABETH CITY  
ATTN:  MANAGING AGENT  
P.O. BOX 347  
ELIZABETH CITY, NC 27909-0347

CNH CAPITAL AMERICA, LLC  
ATTN:  MANAGING AGENT  
P.O. BOX 292  
RACINE, WI 53406

COLONY TIRE CO.  
ATTN:  MANAGING AGENT  
P.O. BOX 827  
EDENTON, NC 27932

HERSEY COMBS  
827 TRINKALOE ROAD  
ELIZABETH CITY, NC 27909

CRAIG CRAFT  
865 SWAMP ROAD  
HERTFORD, NC 27944

JON S. CROUSE  
102 BREEZEWOOD DR.  
ELIZABETH CITY, NC 27909

JACOB & JACKSON CULLENS  
102 EYRIE LANE  
ELIZABETH CITY, NC 27909

DIXIE AUTO PARTS  
ATTN:  MANAGING AGENT  
1296 U.S. 17 SOUTH  
ELIZABETH CITY, NC 27909

EAST COAST SECURITY SYS.  
ATTN:  MANAGING AGENT  
P.O. BOX 746  
WILLIAMSTON, NC 27892

ELECTRIC MOTOR REWINDING  
ATTN:  MANAGING AGENT  
P.O. BOX 531  
ELIZABETH CITY, NC 27909

ENDCOM, INC.  
ATTN:  MANAGING AGENT

ESIGNAL  
ATTN:  MANAGING AGENT  
P.O. BOX 3458  
HAYWARD, CA 94540

PAUL FANNING  
ATTY FOR JOHN DEERE CREDIT  
P.O. BOX 8088  
GREENVILLE, NC 27835-8088

FASTENAL  
ATTN:  MANAGING AGENT  
1245A HWY 17 SOUTH  
ELIZABETH CITY, NC 27909

FCCI INSURANCE  
ATTN:  MANAGING AGENT  
P.O. BOX 405563  
ATLANTA, GA 30384-5563

FEDEX  
ATTN:  MANAGING AGENT  
P.O. BOX 371461  
PITTSBURGH, PA 15250-7461

J. MICHAEL FIELDS, ESQ.  
ATTY FOR MEHERRIN  
P.O. BOX 867  
NEW BERN, NC 28563-0867

FIRST CITIZENS  
ATTN: MANAGING AGENT  
P.O. BOX 26592  
RALEIGH, NC 27611-6592

FIRST CITIZENS BANK  
ATTN: MANAGING AGENT  
P.O. BOX 26592  
RALEIGH, NC 27611-6592

FIRST SOUTH LEASING  
ATTN: MANAGING AGENT  
P.O. BOX 548  
GREENVILLE, NC 27835

MICHAEL P. FLANAGAN, ESQ.  
ATTY FOR FIRST CITIZENS  
P.O. BOX 8088  
GREENVILLE, NC 27835

CURLES FROST  
929 FOREMAN BUNDY RD.  
ELIZABETH CITY, NC 27909

GEORGE & CO.  
ATTN: MANAGING AGENT  
P.O. BOX 1382  
ELIZABETH CITY, NC 27909

GHW GIFTING TRUST  
ATTN: MANAGING AGENT  
102 BREEZEWOOD DR.  
ELIZABETH CITY, NC 27909

GMAC  
ATTN: MANAGING AGENT  
P.O. BOX 9001951  
LOUISVILLE, KY 40290-1951

C. L. GODFREY  
420 RED BANK ROAD  
HERTFORD, NC 27944

GREAT AMERICA  
ATTN: MANAGING AGENT  
P.O. BOX 660831  
DALLAS, TX 75266-0831

GREG GREGORY  
638 OKISKO RD.  
ELIZABETH CITY, NC 27909

GSI GROUP  
ATTN: MANAGING AGENT  
1004 E. ILLINOIS STREET  
ASSUMPTION, IL 62510

DOUG GURKINS  
P.O. BOX 1903  
WASHINGTON, NC 27889

TONY HALE  
5905 SAND PIT RD.  
SCOTLAND NECK, NC 27874

HUDSON & SONS  
ATTN: MANAGING AGENT  
1366 NORTHSIDE ROAD  
ELIZABETH CITY, NC 27909

KAY HURDLE  
383 HURDLE TOWN RD.  
HERTFORD, NC 27944

MIKE HURDLE  
455 HURDLE TOWN RD.  
HERTFORD, NC 27944

J-HAM FARMS & GRAIN  
ATTN: MANAGING AGENT  
112 EAST ARMFIELD ST.  
SAINT PAULS, NC 28384

CHARLES JACKSON  
P.O. BOX 567  
FAIRMONT, NC 28340

CHUCK JACKSON  
917 HALL'S CREEK RD.  
ELIZABETH CITY, NC 27909

RUFUS JACKSON  
917 HALL'S CREEK RD.  
ELIZABETH CITY, NC 27909

BEN JAMES  
113 W. HUNTERS TRAIL  
ELIZABETH CITY, NC 27909

JULIA JAMES  
1502 ROCHELLE DRIVE  
ELIZABETH CITY, NC 27909

DANNY JENNINGS  
109 INLET DRIVE  
ELIZABETH CITY, NC 27909

JONES REPAIR SHOP, INC.  
ATTN: MANAGING AGENT  
642 OKISKO ROAD  
ELIZABETH CITY, NC 27909

ANDREW E. W. JONES  
12119 PAINTED TREE ROAD  
ELIZABETH CITY, NC 27909

CAROLYN MARIE JONES  
12119 PAINTED TREE ROAD  
ELIZABETH CITY, NC 27909

KI & SUN
ATTN: MANAGING AGENT
P.O. BOX 1909
MANTEO, NC 27954

AYDEN LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

BLADE LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

CADE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

E. LARABEE
724 CHERRY GLADE ROAD
ELIZABETH CITY, NC 27909

EVERETT LARABEE
205 SOUTH ACADEMY ST.
AHOSKIE, NC 27910

GRANT LAWRENCE LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

HENNIE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

LANDON LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

LARRY LARABEE
724 CHERRY GROVE RD.
ELIZABETH CITY, NC 27909

MARY R. LARABEE
724 CHERRY GLAD ROAD
ELIZABETH CITY, NC 27909

TRACE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

WELLS LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

LEBLEU
ATTN: MANAGING AGENT
162B OLD HERTFORD HWY
EDENTON, NC 27932-9608

LEHIGH HANSON
ATTN: MANAGING AGENT
15620 COLLECTIONS CENTER DR
CHICAGO, IL 60693

JACK MANSFIELD
831 NORTH 343 HWY
SOUTH MILLS, NC 27976

JAMES MCDANIELS
724 CHERRY GLADE ROAD
ELIZABETH CITY, NC 27909

MEADS BROS.
ATTN: MANAGING AGENT
1775 NIXONTON RD.
ELIZABETH CITY, NC 27909

TALMADGE MEADS
787 BODY RD.
ELIZABETH CITY, NC 27909

MEHERRIN AGRICULTURAL & CHEM
ATTN: MANAGER OR AGENT
P.O. BOX 200
SEVERN, NC 27877

BILLY MERCER
638 BAYSIDE RD.
ELIZABETH CITY, NC 27909

CALVIN MERCER
1255 CHANCE'S LANE
ELIZABETH CITY, NC 27909

DOUG MERCER
628 BAYSIDE RD.
ELIZABETH CITY, NC 27909

JESSIE JOHN MORRIS
468 LIONS CLUB RD.
ELIZABETH CITY, NC 27909

JAMES MOUTON
306 EVERETTE DRIVE
ELIZABETH CITY, NC 27909

HERBERT T. MULLEN, ESQ.
ATTY FOR C.A. PERRY & SON, INC.
101 EAST ELIZABETH STREET
ELIZABETH CITY, NC 27909

N.C. DEPT. OF AGRICULTURE
ATTN: MANAGING AGENT
1001 MAIL SERVICE CENTER
RALEIGH, NC 27699

NCDA GRADING & REGULATORY
ATTN: MANAGING AGENT
P.O. BOX 27686
RALEIGH, NC 27611-7686

NORTH LAKE FARMS
ATTN: MANAGING AGENT
1875 NORTH LAKE RD.
FAIRFIELD, NC 27826

KEVIN OLD
154 BASS LAKE RD.
SOUTH MILLS, NC 27976

PACIFIC CAPITAL BANK
ATTN: MANAGING AGENT
P.O. BOX 60654
SANTA BARBARA, CA 93160-0654

PASQUOTANK COUNTY TAX COLL.
ATTN: MANAGING AGENT
P.O. BOX 586
ELIZABETH CITY, NC 27907-0586

GLENN PENDLETON
785 DRYRIDGE RD.
ELIZABETH CITY, NC 27909

JASON PENDLETON
1891 NIXONTON RD.
ELIZABETH CITY, NC 27909

WAYNE PENDLETON
781 DRYRIDGE RD.
ELIZABETH CITY, NC 27909

PENN MILLERS INS. CO.
ATTN: MANAGING AGENT
P.O. BOX 62453
BALTIMORE, MD 21264-2453

PRACTICAL COMPUTING
ATTN: MANAGING AGENT
201 E. MAIN STREET
ELIZABETH CITY, NC 27909

DAVID PUREZA, ESQ.
ATTY FOR ENDCOM
P.O. BOX 99
ELIZABETH CITY, NC 27907-0099

REGIONS EQUIPMENT FINANCE
ATTN: MANAGING AGENT
P.O. BOX 2545
BIRMINGHAM, AL 35202

WILSON E. REID
1549 PARADISE ROAD
EDENTON, NC 27932

SUE RIDDICK
266 FOLLY ROAD
SUNBURY, NC 27979

RIVER CITY ENTERPRISES, INC.
ATTN: MANAGING AGENT
1268 U.S. HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

DAVID SANDERS
227 WEIGH STATION RD.
ELIZABETH CITY, NC 27909

GROVER SANDERS
690 BLOUNT RD.
ELIZABETH CITY, NC 27909

STEVE SHIPPS
237 SNYDER DRIVE
VENICE, FL 34292

RHONDA SIMPSON
808 WESTWOOD DRIVE
ELIZABETH CITY, NC 27909

SPRINGS LEASING CORP.
ATTN: MANAGING AGENT
P.O. BOX 667817
CHARLOTTE, NC 28266-7817

STEARNS BANK
ATTN: MANAGING AGENT
500 13TH ST.
ALBANY, MN 56307

SUNTRUST EQUIP FIN & LEASING
ATTN: MANAGING AGENT
300 E. JOPPA RD., 7TH FLOOR
TOWSON, MD 21286

SYNERGY RESOURCES
ATTN: MANAGING AGENT
P.O. BOX 790448
SAINT LOUIS, MO 63179-0448

TEXTRON
ATTN: MANAGING AGENT
5901A PEACHTREE RD, STE 300
ATLANTA, GA 30328-5382

CLAUDIA THOMPSON
1408 BROTHERS DRIVE
ELIZABETH CITY, NC 27909

TIME WARNER CABLE
ATTN: MANAGING AGENT
P.O. BOX 70873
CHARLOTTE, NC 28272

TONY HALE FARMS, INC.
ATTN: MANAGING AGENT
5905 SAND PIT ROAD
SCOTLAND NECK, NC 27874

TTI NATIONAL INC.  
ATTN:  MANAGING AGENT  
P.O. BOX 371873  
PITTSBURGH, PA 15250

WACHOVIA  
ATTN:  MANAGING AGENT  
P.O. BOX 5000  
WINTERVILLE, NC 28590-5000

ALLEN WEEKS  
439 FRYRIDGE RD.  
ELIZABETH CITY, NC 27909

RONNIE & WAYNE WHITE  
2551 PEARTREE RD.  
ELIZABETH CITY, NC 27909

TILDON WHITEHURST  
213 WOODVILLE ROAD  
HERTFORD, NC 27944

CRAWFORD WILSON  
437 WEIGH STATION RD.  
HERTFORD, NC 27944

JIMMY WILSON  
437 WEIGH STATION RD.  
HERTFORD, NC 27944

WINSLOW BROTHERS  
1268 U.S. 17 SOUTH  
ELIZABETH CITY, NC 27909

ALDEN WINSLOW  
115 NANCY DRIVE  
ELIZABETH CITY, NC 27909

BILLIE REID WINSLOW  
2006 ASBURY LANE  
ELIZABETH CITY, NC 27909

EDWARD WINSLOW  
321 UP RIVER ROAD  
BELVIDERE, NC 27919

JAMES HOWARD WINSLOW  
2006 ASBURY LANE  
ELIZABETH CITY, NC 27909

JASON WINSLOW  
688 SWAMP ROAD  
HERTFORD, NC 27944