IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

In the Matter of:                                           Case No.:
TANGLEWOOD FARMS, INC. OF ELIZABETH CITY          10-06719-8-JRL
    Debtor                                              Chapter 11

In the Matter of:                                           Case No.:
JAMES H. WINSLOW                                         10-06745-8-JRL
BILLIE R. WINSLOW
    Debtors                                             Chapter 11

### DEBTORS' MOTION FOR DISTRIBUTION OF SALES PROCEEDS

    **COME NOW** Tanglewood Farms, Inc. of Elizabeth City (hereafter "Tanglewood") and James H. Winslow and Billie R. Winslow (hereafter the "Winslows") (collectively, the "Debtors"), by and through undersigned counsel, and submit this Motion for Distribution of Sales Proceeds, and show unto the Court as follows:

    1.    Tanglewood filed its petition pursuant to Chapter 11 of the United States Bankruptcy Code on August 20, 2010, and the Winslows filed their petition pursuant to Chapter 11 of the United States Bankruptcy Code on August 23, 2010.  The Debtors currently operate as debtors-in-possession.

    2.    Tanglewood is a North Carolina corporation engaged in the granary business. The Winslows are residents of Pasquotank County, North Carolina and are engaged in the farming business.

    3.    On September 1, 2010, the Debtors filed a Motion to Approve Bidding Procedures, after learning of other potential interested purchasers who were willing to offer a higher purchase price for the Granary Facility. A Consent Order Approving Bidding Procedures

was entered on September 9, 2010, which established the method in which the final purchaser for the Granary Facility would be determined.

4.    A public sale of the Granary Facility and related property was conducted on September 15, 2010, at which Perdue Agribusiness, Inc. was the high bidder, offering a purchase price of $4,200,000.00 for the real and personal property comprising the granary facility. At a hearing on September 15, 2010, the Court approved Perdue as the high bidder and approved the purchase price of $4,200,000.00.

5.    The Granary Facility is comprised of several tracts of real property. Attached as Exhibit "A" is a color-coded map, outlining the parcels of real property comprising the footprint of the Granary Facility.[1] Attached as Exhibit "B" is a chart showing the Debtors' results of title work performed on these parcels.

6.    The Granary Facility is comprised of two tracts of real property, shown in yellow on Exhibit "A." These two tracts are owned by Tanglewood Farms and total together approximately 7.03 acres of real property. The majority of the grain bins and other personal property that is owned or leased is located on these yellow tracts. As shown on Exhibit "B," the liens on the yellow tracts  are as follows:

    a.    First South Leasing ("First South") has a first priority lien on the property as the result of a subordination agreement between First South and First Citizens. First South's lien also secures the lease of certain personal property described below. The Debtors believe First South is owed approximately $850,000.00.

    b.    A second priority and third priority lien in favor of First Citizens Bank. The Debtors believe First Citizens is owed $445,000.00.

---

[1] This map was also marked as Exhibit 1 at the hearing held on September 15, 2010 in these cases.

     c.      A fourth priority lien and a sixth priority lien in favor of Meherrin Agricultural and Chemical Company ("Meherrin"). The Debtors believe Meherrin is owed approximately $7,848,609.56 as of the Petition Date.

     d.      A fifth priority lien in favor of C.A. Perry & Son, Inc. ("C.A. Perry"). The Debtors believe Perry is owed approximately $8,200,000.00.

7.      The Granary Facility is comprised of one tract of real property, shown in green on Exhibit "A." This tract is owned by the Winslows and totals approximately 1.2 acres of the real property. As shown on Exhibit "B," the liens and amounts owed on the green tract are the same as that for the yellow tracts.

8.      There were no objections to the sale or the sale of the yellow tracts for the green tract free and clear of liens by any of the creditors with liens on these tracts.

9.      The Granary Facility is comprised of two tracts of real property, shown in blue on Exhibit "A." These two tracts are owned by Jimmie and Billy Winslow and total together approximately 5 acres of real property. There is one grain bin (500,000 tank) fully located on this tract which is leased from First South Leasing, and one grain bin (328,000 tank) partially on this tract and the above described yellow tracts which is leased from Regions Bank and BB&T Equipment Finance. As shown on Exhibit "B," the liens on the blue tracts  are as follows:

     a.      A first priority lien in favor of AgCarolina Financial ACA ("Ag Carolina"). The Debtors believe AgCarolina is owed $1,512,151.08 as of September 16, 2010.

     b.      A second priority lien in favor of Augusta Seed Corporation. The Debtors believe Augusta Seed is owed 294,935.25 as of September 16, 2010.

   c. A third priority lien in favor of Endcom, Inc. The Debtors believe Endcom is owed $2,383,759.88 (estimated). Unlike the other creditors with loans secured by the Granary Facility, Endcom has two notes, one of which is secured by other collateral as shown on Exhibit "B."

   d. A fourth priority lien and a sixth priority lien in favor of Meherrin Agricultural and Chemical Company ("Meherrin"). The Debtors believe Meherrin is owed approximately $7,848,609.56 as of the Petition Date.

   e. A fifth priority lien in favor of C.A. Perry & Son, Inc. ("C.A. Perry"). The Debtors believe Perry is owed approximately $8,200,000.00.

10. The Granary Facility is also comprised of personal property, owned and or leased as follows, as further shown on Exhibit "C" attached hereto:

   a. Tanglewood Farms certain personal property from First South Bank pursuant to Lease Number LS2936-1 and Lease Number LS 2764. This lease is also secured by the deed of trust referenced above and contains an option to purchase the leased equipment. The amount necessary to exercise these purchase options is estimated at $850,000.00.

   b. Tanglewood Farms leases certain personal property from BB&T Equipment Finance Corporation ("BB&T"). This lease has an option to purchase the leased equipment. The amount necessary to exercise this purchase option is approximately $20,000.00.

   c. Tanglewood Farms leases certain personal property from Regions Bank. This lease has an option to purchase the leased equipment. The amount necessary to exercise this purchase option is approximately $385,000.00.

d.      Tanglewood Farms also owns certain personal property used in the operation of the Granary Facility which will be sold. This personal property is shown on Exhibit "C" attached hereto. Meherrin has a first priority lien on this personal property, pursuant to a blanket lien on all personal property according to a UCC-1 financing statement filed with the North Carolina Secretary of State. The outstanding obligation to Meherrin is shown above.

11.     In addition to the liens described above, the Debtors will have to pay closing costs and ad valorem property taxes.

12.     The Debtors propose to distribute the $4,200,000.00 of sales proceeds as follows:

a.      First to pay closing costs, such as revenue stamps, estimated at approximately $8,000.00.

b.      Next to pay all costs of sale as may be approved by the Court, including any quarterly fees owed.[2] It is estimated based on the Debtors' proposed distributions that Tanglewood will owe quarterly fees of approximately $10,400.00, and the Winslows will owe $9,750.00, although the exact amounts to be paid will be based upon the actual distributions from the closing statements. In addition, Tanglewood has incurred estimated costs and expenses pursuant to Section 506(c) in the amount of $20,000.00 and Winslow has incurred costs and expenses pursuant to Section 506(c) in the amount of $20,000.00, related this sale.

c.      Next to pay the ad valorem property taxes. It is estimated that Tanglewood and Winslow owe collectively approximately $28,000.00. The exact amounts to be paid will be based upon the actual distributions from the closing statements.

---

[2] Amounts subject to Court approval will be held in escrow by the Debtors' attorney until such time as the Court has approved such costs of sale. In the event any costs of sale are not approved by the Court, the excess proceeds will be added to the amount to be paid to Meherrin, or as otherwise ordered by the Court.

      d.     Next to pay the amounts necessary to exercise the options to purchase the leased property and satisfy such lease claims, estimated as follows:

          i.  BB&T Leasing – $20,000.00

          ii.  Regions Bank – $385,000.00

          iii.  First South - $850,000.00

13.    After these disbursements are made, there will be proceeds of approximately $2,849,500 available to distribute to creditors with liens on the remaining real and personal property.

14.    Of these proceeds, Tanglewood will distribute approximately $445,000.00 to First Citizens in order to satisfy its lien on the real property, such amount to be determined based on the actual date of the closing.

15.    The Winslows will then distribute to Ag Carolina the sum of $100,000.00. 75,000, with the balance, estimated at $2,304,500.00 to be distributed to Meherrin, to be applied towards its outstanding obligations and liens on the real and personal property to be sold that are owed by the Winslows and Tanglewood.

16.    The Debtors believe that other collateral exists to secure the claims of Ag Carolina, Augusta Seed, and Endcom, which would be sufficient to satisfy these claims in full, without making any disbursements from the Granary Facility. In order to allow for all creditors to receive the greatest possible return on their claims, the Debtors believe that a marshalling of the assets is appropriate in these circumstances, and that AgCarolina, Augusta Seed, and Endcom should look to their other collateral for the bulk of their recovery in this case.

WHEREFORE, the Debtors request authority to make the distributions described herein, and for all other relief to which they may be entitled.

DATED: 9/16/10

s/Trawick H. Stubbs, Jr.
TRAWICK H. STUBBS, JR.
N.C. State Bar No.: 4221
LAURIE B. BIGGS
N.C. State Bar No.: 31845
STUBBS & PERDUE, P.A.
9208 Falls of Neuse Road, Suite 111
Raleigh, North Carolina 27615-2438
(919) 870-6258
(919) 870-6259 Facsimile
Attorney for Debtors

EXHIBIT

A



BOUNDARY SURVEY FOR

MEHERRIN AGRICULTURAL
& CHEMICAL COMPANY

MOUNT HERMON TOWNSHIP    PASQUOTANK COUNTY    NORTH CAROLINA

SCOTT L. TEMPLE, P.C.
PROFESSIONAL LAND SURVEYOR
L-4764

| SCALE | 1" = 750' |
| DATE | 4-12-10 |
| DRAWN BY: | SLT |
| SURVEYED BY: | SLT |
| PROJECT NO. | 2010-040 |
| CAD FILE: | 10040 |
| SHEET | 1 OF 1 |

Jimmie & Billie Winslow
Exhibit B

EXHIBIT B

| Property | Lienholder | Record Date | Book/Page | Max Amount Secured | Amount Owed |
|---|---|---|---|---|---|
| Residence - 2006 Asbury Drive, Elizabeth City | RBC | 12/13/2001 | 707/177 | $ 260,000.00 | $ 176,667.00 |
| | Twiford | 12/21/2007 | 1002/205 | $ 600,000.00 | $ 625,000.00 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| 1/2 Interest 2008 Asbury Drive, Elizabeth City, NC | Talmadge Meads | 3/18/2005 | 846/860 | $ 500,000.00 | $ 771,443.00 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| 1266 US Hwy 17 S, Elizabeth City (brown) | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| 21.8 acres off US Hwy 17 S, Elizabeth City (yellow) | First South | 3/28/2008 | 1012/769 | $ 1,500,000.00 | $ 474,435.00 |
| | First Citizens | 2/5/1999 | 644/578 | $ 250,000.00 | $ 128,925.91 * |
| | First Citizens | 8/27/2009 | 1062/928 | $ 225,000.00 | $ 128,925.17 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| 18 acres off US Hwy 17 S, Elizabeth City (portion is in green) | First South | 3/28/2008 | 1012/769 | $ 1,500,000.00 | $ 474,435.00 |
| | First Citizens | 2/5/1999 | 644/578 | $ 250,000.00 | $ 248,055.74 |
| | First Citizens | 8/27/2009 | 1062/928 | $ 225,000.00 | $ 177,985.94 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/910 | $ 10,200,863.17 | $ 7,848,609.56 |

| Property | Lienholder | Record Date | Book/Page | Max Amount Secured | Amount Owed |
|---|---|---|---|---|---|
| **2 tracts totaling 252.61 acres off Foreman Bundy Rd** (tract 1 - 49.99 acres, tract 2 - 202.62 acres) | Metropolitan | 1/4/1994 | 555/514 | $ 330,000.00 | $ 3,706,000.00 |
| | Metropolitan | 1/9/1998 | 621/781 | $ 4,400,000.00 | $ 3,706,000.00 |
| | Endcom | 1/7/2005 | 836/310 | $ 5,000,000.00 | $ 3,400,000.00 |
| | Sunnyside Mgt | 1/9/2008 | 1004/108 | $ 2,100,000.00 | unknown |
| | Sunnyside Mgt | 3/13/2008 | 1011/272 | $ 300,000.00 | unknown |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/910 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| **3 tracts totaling 1,623.77 acres off Foreman Bundy Rd** (pink) | Ag Carolina | 2/21/2008 | 1008/382 | $ 5,000,000.00 | $ 1,500,000.00 |
| | Augusta Seed | 4/17/2009 | 1049/609 | $ 455,358.35 | $ 283,261.00 |
| | Endcom | 12/16/2009 | 1071/720 | $ 2,100,000.00 | $ 2,100,000.00 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| **833.8 acres off Kent Rd** | Metropolitan | 2/14/1992 | 524/482 | $ 1,250,000.00 | $ 3,706,000.00 |
| | Metropolitan | 6/25/1992 | 530/38 | $ 715,000.00 | $ 3,706,000.00 |
| | Metropolitan | 1/9/1998 | 621/781 | $ 4,400,000.00 | $ 3,706,000.00 |
| | Endcom | 1/7/2005 | 836/310 | $ 5,000,000.00 | $ 5,500,000.00 |
| | Frederick Suter | 2/9/2007 | 956/545 | $ 100,000.00 | $ 2,500,000.00 |
| | Sunnyside Mgt | 1/9/2008 | 1004/108 | $ 2,100,000.00 | unknown |
| | Sunnyside Mgt | 3/13/2008 | 1011/272 | $ 300,000.00 | unknown |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| **15.38 acres off US Hwy 17, Elizabeth City** (pink) | Ag Carolina | 2/21/2008 | 1008/382 | $ 5,000,000.00 | $ 1,500,000.00 |
| | Augusta Seed | 4/17/2009 | 1049/609 | $ 455,358.35 | $ 283,261.00 |
| | Endcom | 12/16/2009 | 1071/720 | $ 2,100,000.00 | $ 2,100,000.00 |

| Property | Lienholder | Record Date | Book/Page | Max Amount Secured | Amount Owed |
|---|---|---|---|---|---|
| 73.36 acres off Wellfield Rd | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| (pink) | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| | Ag Carolina | 2/21/2008 | 1008/382 | $ 5,000,000.00 | $ 1,500,000.00 |
| | Augusta Seed | 4/17/2009 | 1049/609 | $ 455,358.35 | $ 283,261.00 |
| | Endcom | 12/16/2009 | 1071/720 | $ 2,100,000.00 | $ 2,100,000.00 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| 20 acres off US Hwy 17, Elizabeth City | Ag Carolina | 2/21/2008 | 1008/382 | $ 5,000,000.00 | $ 1,500,000.00 |
| (blue) | Augusta Seed | 4/17/2009 | 1049/609 | $ 455,358.35 | $ 283,261.00 |
| | Endcom | 12/16/2009 | 1071/720 | $ 2,100,000.00 | $ 2,100,000.00 |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| 1270 US Hwy 17 S, Elizabeth City | Gateway | 9/26/2007 | 991/464 | $ 160,000.00 | $ 149,820.00 |
| (brown) | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |
| | | | | | |
| 273.98 acres off Foreman Bundy Rd | Metropolitan | 2/12/1991 | 513/960 | $ 425,000.00 | $ 3,706,000.00 |
| | Metropolitan | 1/9/1998 | 621/781 | $ 4,400,000.00 | $ 3,706,000.00 |
| | Endcom | 1/7/2005 | 836/310 | $ 5,000,000.00 | $ 3,400,000.00 |
| | Sunnyside Mgt | 1/9/2008 | 1004/108 | $ 2,100,000.00 | unknown |
| | Sunnyside Mgt | 3/13/2008 | 1011/272 | $ 300,000.00 | unknown |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |

| Property | Lienholder | Record Date | Book/Page | Max Amount Secured | Amount Owed |
|---|---|---|---|---|---|
| 82.49 acres off Hall's Creek Rd, Elizabeth City | Metropolitan | 2/12/1991 | 513/960 | $ 425,000.00 | $ 3,706,000.00 |
| | Metropolitan | 1/9/1998 | 621/781 | $ 4,400,000.00 | $ 3,706,000.00 |
| | Endcom | 1/7/2005 | 836/310 | $ 5,000,000.00 | $ 3,400,000.00 |
| | Sunnyside Mgt | 1/9/2008 | 1004/108 | $ 2,100,000.00 | unknown |
| | Sunnyside Mgt | 3/13/2008 | 1011/272 | $ 300,000.00 | unknown |
| | Meherrin | 11/3/2009 | 1068/532 | $ 6,700,863.17 | $ 7,848,609.56 |
| | CA Perry | 2/23/2010 | 1076/504 | $ 8,200,000.00 | $ 8,200,000.00 |
| | Meherrin | 5/18/2010 | 1083/901 | $ 10,200,863.17 | $ 7,848,609.56 |

*(per subordination agreement)

*Tanglewood Farms, Inc. of Elizabeth City*

| Property | Lienholder | Record Date | Book/Page | Max Amount Secured | Amount Owed | Notes |
|---|---|---|---|---|---|---|
| Approximately 7.03 acres located on 1268 U.S. Highway 17 South, Elizabeth City, Pasquotank County, NC, 27909 | First South Leasing, LLC | 3/8/2008 | 1012/769 | $1,500,000 | $ 500,000.00 | 1014/749 - Sub Agreement - Subordinates 644/578 to this; Also 1048/304 |
| (yellow) | First-Citizens | 2/5/1999 | 644/578 | $250,000 | $ 260,000.00 | Subordinated to 1012/769 by 1014/749; Secures future advances |
| | First-Citizens | 8/27/2009 | 1062/928 | $225,000 | $ 260,000.00 | |
| | Meherrin | 11/3/2009 | 1068/532 | $7,700,863.17 | $ 7,848,609.56 | |
| | C.A. Perry & Son, Inc. | 2/23/2010 | 1076/504 | $8,200,000 | $ 8,200,000.00 | |
| | Meherrin | 5/18/2010 | 1083/901 | $10,200,863.17 | $ 7,848,609.56 | |



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| In the Matter of: | Case No.: |
| **TANGLEWOOD FARMS, INC. OF ELIZABETH CITY** | **10-06719-8-JRL** |
| Debtor | Chapter 11 |
| | |
| In the Matter of: | Case No.: |
| **JAMES H. WINSLOW** | **10-06745-8-JRL** |
| **BILLIE R. WINSLOW** | |
| Debtors | Chapter 11 |

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN of the MOTION FOR DISTRIBUTION filed by Tanglewood Farms, Inc. of Elizabeth City and James H. Winslow and Billie R. Winslow filed simultaneously herewith in the above captioned case; and

FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court within FORTY EIGHT (48) HOURS AFTER FILING; and

FURTHER NOTICE IS HEREBY GIVEN, that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly.  If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto ex parte without further notice.  Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs; and

DATED: 9/16/10

/s/ Laurie B. Biggs
LAURIE B. BIGGS
N.C. State Bar No. 31845
STUBBS & PERDUE, P.A.
9208 Falls of Neuse Road, Suite 111
Raleigh, NC 27615
(919) 870-6258
(919) 870-6259 Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I, Laurie B. Biggs, 9208 Falls of Neuse Road, Suite 111, Raleigh, NC, 27615, certify:

That I am at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on September 16, 2010, I served copies of the foregoing Motion and Notice of Motion on the parties listed below and on Exhibit "A" attached hereto, by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated.

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:  9/16/10                 s/Laurie B. Biggs
                                      LAURIE B. BIGGS
                                      N.C. State Bar No. 31845
                                      STUBBS & PERDUE, P.A.
                                      9208 Falls of Neuse Road, Suite 111
                                      Raleigh, NC  27615
                                      (919) 870-6258
                                      (919) 870-6259 Facsimile

cc:

| | | | |
|---|---|---|---|
| Bankruptcy Administrator | (via CM/ECF) | Michael Fields | (via CM/ECF) |
| | | Counsel for Meherrin Agriculture & Chemical Co. | |
| James H. Winslow | (via e-mail) | Doug Gurkins | (via e-mail) |
| & Billie R. Winslow | | Chief Restructuring Officer | |
| William F. Hill | (via CM/ECF) | Michael Flanagan | (via CM/ECF) |
| Counsel for First South Leasing, LLC | | Counsel for First Citizens | |
| Joseph Callaway | (via CM/ECF) | Herbert Millen | (via CM/ECF) |
| Counsel for C.A. Perry & Sons | | Counsel for C.A. Perry & Sons | |
| John Rhyne | (via CM/ECF) | Paul A. Fanning | (via CM/ECF) |
| Counsel for Endcom | | Counsel for Deere Credit Corp. | |
| Richard E. Biemiller | (via CM/ECF) | John Bircher | (via CM/ECF) |
| Counsel for Hampton Roads Bank | | Counsel for NCCF and J-Ham Farm  & Grain | |
| Gregory B. Crampton | (via CM/ECF) | Lisa P. Sumner | (via CM/ECF) |
| Counsel for Perdue AgriBusiness, Inc. | | Counsel for AgCarolina Financial | |
| Katherine J. Clayton | (via CM/ECF) | | |
| Counsel for Augusta Seed | | | |



EXHIBIT A

TANGLEWOOD FARMS, INC. OF ELIZABETH CITY
1268 U.S. HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA 19114

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

AFLAC
ATTN:  MANAGING AGENT
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797

ALBEMARLE RENT A JON
ATTN:  MANAGING AGENT
P.O. BOX 2021
ELIZABETH CITY, NC 27909

ALTEC CAPITAL SERVICES, LLC
ATTN:  MANAGING AGENT
33 INVERNESS CTR. PKWY, STE 200
BIRMINGHAM, AL 35242

APPOMATTOX LIME CO.
ATTN:  MANAGING AGENT
P.O. BOX 8425
ROANOKE, VA 24014

ALLEN  BALANCE
1875 NORTH LAKE RD.
FAIRFIELD, NC 27826

BANK MIDWEST, N.A.
ATTN:  MANAGING AGENT
1111 MAIN 15TH FLOOR
KANSAS CITY, MO 64105

BANK OF THE WEST
ATTN:  MANAGING AGENT
201 N. CIVIC DR., STE 360B
WALNUT CREEK, CA 94596

A. T. BANKS
801 OKISKO ROAD
ELIZABETH CITY, NC 27909

KENNETH BATEMAN
1222 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

BB&T EQUIPMENT FIN
ATTN: MANAGING AGENT
P.O. BOX 580155
CHARLOTTE, NC 28258-0155

BELVIDERE FARMERS EXCHANGE
ATTN:  MANAGING AGENT
P.O. BOX 98
BELVIDERE, NC 27919

ARLION BERRY
1110 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

E. T. BERRY
1231 SALEM CHURCH RD.
ELIZABETH CITY, NC 27909

JOHN C. BIRCHER, III
ATTY J-HAM FARM & GRAIN
PO BOX U
NEW BERN, NC 28563

BMG METALS
ATTN:  MANAGING AGENT
P.O. BOX 7536
HENRICO, VA 23231

BRADY OUTDOOR EQUIPMENT
ATTN:  MANAGING AGENT
1354-A HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

MILES BRITE
820 SUN GRO ROAD
ELIZABETH CITY, NC 27909

ANN BUTT
1223 WOODVILLE RD.
HERTFORD, NC 27944

ROSE BYRUM
154 LESTER LANE
TYNER, NC 27980

C. A. PERRY & SON, INC.
ATTN:  MANAGING AGENT
4033 VIRGINIA RD.
HOBBSVILLE, NC 27946

JOSEPH N. CALLAWAY, ESQ.
ATTY FOR C.A. PERRY & SONS, INC.
PO BOX 7100
ROCKY MOUNT, NC 27804-0100

CAMDEN SHELL
ATTN:  MANAGING AGENT
191 HWY 158 WEST
CAMDEN, NC 27921

CARDEN PRINTING
ATTN:  MANAGING AGENT
P.O. BOX 1454
ELIZABETH CITY, NC 27909

CARQUEST
ATTN:  MANAGING AGENT
P.O. BOX 404875
ATLANTA, GA 30384-4875

CENTURY LINK
ATTN:  MANAGING AGENT
P.O. BOX 4300
CAROL STREAM, IL 60197-4300

LAWRENCE CHAPPELL
1777 NEW HOPE RD.
HERTFORD, NC 27944

WILLIAM WRAY CHAPPELL
105 SUTTON'S LANE
HERTFORD, NC 27944

CITY OF ELIZABETH CITY
ATTN:  MANAGING AGENT
P.O. BOX 347
ELIZABETH CITY, NC 27909-0347

KATHERINE J. CLAYTON
ATTY AUGUSTA SEED CORP
PO BOX 1800
RALEIGH, NC 27602

COLONY TIRE CO.
ATTN:  MANAGING AGENT
P.O. BOX 827
EDENTON, NC 27932

HERSEY COMBS
827 TRINKALOE ROAD
ELIZABETH CITY, NC 27909

CRAIG CRAFT
865 SWAMP ROAD
HERTFORD, NC 27944

GREGORY B. CRAMPTON, ESQ.
ATTY PERDUE AGRIBUSINESS INC
3700 GLENWOOD AVE STE500
RALEIGH, NC 27612

JON S. CROUSE
102 BREEZEWOOD DR.
ELIZABETH CITY, NC 27909

JACOB CULLENS
JACKSON CULLENS
102 EYRIE LANE
ELIZABETH CITY, NC 27909

DIXIE AUTO PARTS
ATTN:  MANAGING AGENT
1296 U.S. 17 SOUTH
ELIZABETH CITY, NC 27909

EAST COAST SECURITY SYS.
ATTN:  MANAGING AGENT
P.O. BOX 746
WILLIAMSTON, NC 27892

ELECTRIC MOTOR REWINDING
ATTN:  MANAGING AGENT
P.O. BOX 531
ELIZABETH CITY, NC 27909

EMPLOYMENT SECURITY COMM.
ATTN: MANAGING AGENT
P.O. BOX 25903
RALEIGH, NC 27611

ENDCOM, INC.
ATTN:  MANAGING AGENT
P.O. BOX 99
ELIZABETH CITY, NC 27907-0099

ESIGNAL
ATTN:  MANAGING AGENT
P.O. BOX 3458
HAYWARD, CA 94540

PAUL FANNING, ESQ.
ATTY FOR JOHN DEERE CREDIT
P.O. BOX 8088
GREENVILLE, NC 27835-8088

FASTENAL
ATTN:  MANAGING AGENT
1245A HWY 17 SOUTH
ELIZABETH CITY, NC 27909

FCCI INSURANCE
ATTN:  MANAGING AGENT
P.O. BOX 405563
ATLANTA, GA 30384-5563

FEDEX
ATTN:  MANAGING AGENT
3965 AIRWAYS BLVD MODULEG 3RDFL
MEMPHIS, TN 38116

J. MICHAEL FIELDS, ESQ.
ATTY FOR MEHERRIN
P.O. BOX 8088
GREENVILLE, NC 27835-8088

FIRST CITIZENS
ATTN: MANAGING AGENT
P.O. BOX 26592
RALEIGH, NC 27611-6592

FIRST CITIZENS BANK
ATTN: MANAGING AGENT
P.O. BOX 26592
RALEIGH, NC 27611-6592

FIRST SOUTH LEASING
ATTN: MANAGING AGENT
P.O. BOX 548
GREENVILLE, NC 27835

MICHAEL P. FLANAGAN, ESQ.
ATTY FOR FIRST CITIZENS
P.O. BOX 8088
GREENVILLE, NC 27835

CURLES FROST
929 FOREMAN BUNDY RD.
ELIZABETH CITY, NC 27909

GEORGE & CO.
ATTN: MANAGING AGENT
P.O. BOX 1382
ELIZABETH CITY, NC 27909

GHW GIFTING TRUST
ATTN: MANAGING AGENT
102 BREEZEWOOD DR.
ELIZABETH CITY, NC 27909

GMAC
ATTN: MANAGING AGENT
P.O. BOX 8132
COCKEYSVILLE, MD 21030-8132

C. L. GODFREY
420 RED BANK ROAD
HERTFORD, NC 27944

GREAT AMERICA
ATTN: MANAGING AGENT
P.O. BOX 660831
DALLAS, TX 75266-0831

GREG GREGORY
638 OKISKO RD.
ELIZABETH CITY, NC 27909

GSI GROUP
ATTN: MANAGING AGENT
1004 E. ILLINOIS STREET
ASSUMPTION, IL 62510

M. DOUGLAS GURKINS
P.O. BOX 1903
WASHINGTON, NC 27889

TONY HALE
5905 SAND PIT RD.
SCOTLAND NECK, NC 27874

WILLIAM F. HILL, ESQ.
ATTY FOR FIRST SOUTH LEASIN
P.O. BOX 2517
GREENVILLE, NC 27836

HUDSON & SONS
ATTN: MANAGING AGENT
1366 NORTHSIDE ROAD
ELIZABETH CITY, NC 27909

KAY HURDLE
383 HURDLE TOWN RD.
HERTFORD, NC 27944

MIKE HURDLE
455 HURDLE TOWN RD.
HERTFORD, NC 27944

J-HAM FARMS & GRAIN
ATTN: MANAGING AGENT
112 EAST ARMFIELD ST.
SAINT PAULS, NC 28384

CHARLES JACKSON
P.O. BOX 567
FAIRMONT, NC 28340

CHUCK JACKSON
917 HALL'S CREEK RD.
ELIZABETH CITY, NC 27909

RUFUS JACKSON
917 HALL'S CREEK RD.
ELIZABETH CITY, NC 27909

BEN JAMES
113 W. HUNTERS TRAIL
ELIZABETH CITY, NC 27909

JULIA JAMES
1502 ROCHELLE DRIVE
ELIZABETH CITY, NC 27909

DANNY JENNINGS
109 INLET DRIVE
ELIZABETH CITY, NC 27909

JONES REPAIR SHOP, INC.
ATTN: MANAGING AGENT
642 OKISKO ROAD
ELIZABETH CITY, NC 27909

ANDREW E. W. JONES
12119 PAINTED TREE ROAD
ELIZABETH CITY, NC 27909

CAROLYN MARIE JONES
12119 PAINTED TREE ROAD
ELIZABETH CITY, NC 27909

KI & SUN
ATTN:  MANAGING AGENT
P.O. BOX 1909
MANTEO, NC 27954

AYDEN LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

BLADE LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

CADE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

E. LARABEE
724 CHERRY GLADE ROAD
ELIZABETH CITY, NC 27909

EVERETT LARABEE
205 SOUTH ACADEMY ST.
AHOSKIE, NC 27910

GRANT LAWRENCE LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

HENNIE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

LANDON LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

LARRY LARABEE
724 CHERRY GLADE RD.
ELIZABETH CITY, NC 27909

MARY RUTH LARABEE
724 CHERRY GLADE ROAD
ELIZABETH CITY, NC 27909

TRACE LARABEE
122 BEECHWOOD ROAD
AHOSKIE, NC 27910

WELLS LARABEE
215 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

LEBLEU
ATTN:  MANAGING AGENT
162B OLD HERTFORD HWY
EDENTON, NC 27932-9608

LEHIGH HANSON
ATTN:  MANAGING AGENT
15620 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

JAMES S. LIVERMON III
ATTY FOR BB&T
PO BOX 353
ROCKY MOUNT, NC 27802-0353

JACK MANSFIELD
831 NORTH 343 HWY
CAMDEN, NC 27921

JAMES MCDANIELS
724 CHERRY GLADE ROAD
ELIZABETH CITY, NC 27909

MEADS BROS.
ATTN:  MANAGING AGENT
1775 NIXONTON RD.
ELIZABETH CITY, NC 27909

TALMADGE MEADS
787 BODY RD.
ELIZABETH CITY, NC 27909

MEHERRIN AGRICULTURAL & CHEM
ATTN:  MANAGING AGENT
710 CROMWELL DR., STE C
GREENVILLE, NC 27858

BILLY MERCER
638 BAYSIDE RD.
ELIZABETH CITY, NC 27909

CALVIN MERCER
1255 CHANCE'S LANE
ELIZABETH CITY, NC 27909

DOUG MERCER
628 BAYSIDE RD.
ELIZABETH CITY, NC 27909

JESSIE JOHN MORRIS
468 LIONS CLUB RD.
ELIZABETH CITY, NC 27909

JAMES MOUTON
306 EVERETTE DRIVE
ELIZABETH CITY, NC 27909

HERBERT T. MULLEN, ESQ.
ATTY FOR C.A. PERRY & SON, INC.
101 EAST ELIZABETH STREET
ELIZABETH CITY, NC 27909

N.C. DEPT. OF AGRICULTURE
ATTN: MANAGING AGENT
1001 MAIL SERVICE CENTER
RALEIGH, NC 27699

N.C. DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

NC SOYBEAN PRODUCERS ASS'N
ATTN: MANAGING AGENT
211 SIX FORKS RD., STE 102
RALEIGH, NC 27609

NCDA GRADING & REGULATORY
ATTN: MANAGING AGENT
P.O. BOX 27686
RALEIGH, NC 27611-7686

NORTH LAKE FARMS
ATTN: MANAGING AGENT
1875 NORTH LAKE RD.
FAIRFIELD, NC 27826

KEVIN OLD
154 BASS LAKE RD.
SOUTH MILLS, NC 27976

PASQUOTANK COUNTY TAX COLL.
ATTN: MANAGING AGENT
P.O. BOX 586
ELIZABETH CITY, NC 27907-0586

PENDLETON FARMS, INC.
ATTN: MANAGING AGENT
1891 NIXONTON RD.
ELIZABETH CITY, NC 27909

GLENN PENDLETON
785 DRYRIDGE RD.
ELIZABETH CITY, NC 27909

WAYNE PENDLETON
781 DRYRIDGE RD.
ELIZABETH CITY, NC 27909

PRACTICAL COMPUTING
ATTN: MANAGING AGENT
201 E. MAIN STREET
ELIZABETH CITY, NC 27909

DAVID PUREZA, ESQ.
ATTY FOR ENDCOM
P.O. BOX 99
ELIZABETH CITY, NC 27907-0099

REGIONS EQUIPMENT FINANCE
ATTN: MANAGING AGENT
P.O. BOX 2545
BIRMINGHAM, AL 35202

WILSON E. REID
1549 PARADISE ROAD
EDENTON, NC 27932

JOHN G. RHYNE, ESQ.
ATTY FOR ENDCOM, INC.
P.O. BOX 7479
WILSON, NC 27895-7479

SUE RIDDICK
266 FOLLY ROAD
SUNBURY, NC 27979

RIVER CITY ENTERPRISES, INC
ATTN: MANAGING AGENT
1268 U.S. HIGHWAY 17 SOUTH
ELIZABETH CITY, NC 27909

DAVID SANDERS
227 WEIGH STATION RD.
ELIZABETH CITY, NC 27909

GROVER SANDERS
690 BLOUNT RD.
ELIZABETH CITY, NC 27909

STEVE SHIPPS
237 SNYDER DRIVE
VENICE, FL 34292

RHONDA SIMPSON
808 WESTWOOD DRIVE
ELIZABETH CITY, NC 27909

STEARNS BANK
ATTN: MANAGING AGENT
500 13TH ST.
ALBANY, MN 56307

SUNTRUST EQUIP FIN & LEASII
ATTN: MANAGING AGENT
100 E. JOPPIN RD., STE 700
TOWSON, MD 21286

SYNERGY RESOURCES
ATTN: MANAGING AGENT
P.O. BOX 790448
SAINT LOUIS, MO 63179-0448

CLAUDIA THOMPSON
1408 BROTHERS DRIVE
ELIZABETH CITY, NC 27909

TIME WARNER CABLE
ATTN: MANAGING AGENT
P.O. BOX 70873
CHARLOTTE, NC 28272

TONY HALE FARMS, INC.
ATTN:  MANAGING AGENT
5905 SAND PIT ROAD
SCOTLAND NECK, NC 27874

TTI NATIONAL INC.
ATTN:  MANAGING AGENT
P.O. BOX 371873
PITTSBURGH, PA 15250

ALLEN WEEKS
439 FRYRIDGE RD.
ELIZABETH CITY, NC 27909

RONNIE & WAYNE WHITE
2551 PEARTREE RD.
ELIZABETH CITY, NC 27909

TILDON WHITEHURST
213 WOODVILLE ROAD
HERTFORD, NC 27944

CRAWFORD WILSON
437 WEIGH STATION RD.
HERTFORD, NC 27944

JIMMY WILSON
437 WEIGH STATION RD.
HERTFORD, NC 27944

WINSLOW BROTHERS
1268 U.S. 17 SOUTH
ELIZABETH CITY, NC 27909

ALDEN WINSLOW
115 NANCY DRIVE
ELIZABETH CITY, NC 27909

BILLIE REID WINSLOW
2006 ASBURY DRIVE
ELIZABETH CITY, NC 27909

EDWARD WINSLOW
321 UP RIVER ROAD
BELVIDERE, NC 27919

JAMES HOWARD WINSLOW
2006 ASBURY LANE
ELIZABETH CITY, NC 27909

JASON WINSLOW
688 SWAMP ROAD
HERTFORD, NC 27944

JAMES HOWARD WINSLOW
TANGLEWOOD FARMS
1268 US HWY 17 SOUTH
ELIZABETH CITY, NC 27909

BILLIE REID WINSLOW
TANGLEWOOD FARMS
1268 US HWY 17 SOUTH
ELIZABETH CITY, NC 27909

TRAVICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX ROAD NE #1000
ATLANTA, GA 30326

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT. OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA 19114

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

17 SOUTH DEVELOPMENT, LLC
ATTN: MANAGER OR AGENT
1268 US 17 S
ELIZABETH CITY, NC 27909

AGCAROLINA FINANCIAL
ATTN: MANAGER OR AGENT
426 MCARTHUR DR
ELIZABETH CITY, NC 27909

AGF REALTY SOLUTIONS
ATTN: MANAGER OR AGENT
21 FOUNTAINE COURT
WATERFORD WORKS, NJ 08089

ALTEC CAPITAL SERVICES, LLC
ATTN: MANAGING AGENT
33 INVERNESS CTR. PKWY, STE 200
BIRMINGHAM, AL 35242

AUGUSTA SEED CORP
ATTN: MANAGER OR AGENT
473 TISDALE FARM LANE
STAUNTON, VA 24401

B&S ENTERPRISES, INC.
ATTN: MANAGER OR AGENT
1395 US 17 SOUTH
ELIZABETH CITY, NC 27909

BANK MIDWEST, NA
ATTN: MANAGER OR AGENT
1111 MAIN 15TH FL
KANSAS CITY, MO 64105

BANK OF THE WEST
ATTN: MANAGING AGENT
201 N. CIVIC DR., STE 360B
WALNUT CREEK, CA 94596

A.T. BANKS
801 OKISKO RD
ELIZABETH CITY, NC 27909

CHRIS BANKS
ATTN: MANAGER OR AGENT
302 PINEWOOD RD
GREENVILLE, NC 27858

BB&T EQUIPMENT FINANCE
ATTN: MANAGER OR AGENT
5130 PARKWAY PLAZA BLVD
CHARLOTTE, NC 28217

BEAMON & JOHNSON, INC.
ATTN: MANAGER OR AGENT
149 SARATOGA ST
SUFFOLK, VA 23434

BELVIDERE FARMERS EXCHANGE
PO BOX 98
BELVIDERE, NC 27919

RICHARD E. BIEMILLER
ATTY HAMPTON ROADS BANKSHARES
301 BENDIX ROAD STE500
VIRGINIA BEACH, VA 23452

JOHN C. BIRCHER, III
ATTY J-HAM FARM & GRAIN
PO BOX U
NEW BERN, NC 28563

C.A. PERRY & SON, INC.
ATTN: MANAGER OR AGENT
4033 VIRGINIA RD
HOBBSVILLE, NC 27946

JOSEPH N. CALLAWAY, ESQ.
ATTY C.A. PERRY & SONS
PO BOX 7100
ROCKY MOUNT, NC 27804-0100

CAPITAL ONE
ATTN: MANAGER OR AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CARD SERVICES/L.L. BEAN
ATTN: MANAGER OR AGENT
PO BOX 13337
PHILADELPHIA, PA 19101-3337

CATEPILLAR ACCESS ACCOUNT
ATTN: MANAGER OR AGENT
PO BOX 905229
CHARLOTTE, NC 28290-5229

CHASE CARD SERVICES
ATTN: MANAGING AGENT
PO BOX 15298
WILMINGTON, DE 19850

CINTAS
ATTN: MANAGER OR AGENT
PO BOX 630803
CINCINNATI, OH 45263-0803

CIRCLE GROVE SEEDS, INC.
ATTN: MANAGER OR AGENT
336 CIRCLE GROVE FARM RD
BELHAVEN, NC 27810

KATHERINE J. CLAYTON
ATTY AUGUSTA SEED CORP
PO BOX 1800
RALEIGH, NC 27602

CNH CAPITAL
ATTN: MANAGER OR AGENT
P.O. BOX 3600
LANCASTER, PA 17604

CRAFT AIR SERVICE
ATTN: MANAGER OR AGENT
865 SWAMP RD
HERTFORD, NC 27944

GREGORY B. CRAMPTON
ATTY PERDUE AGRIBUSINESS IN
3700 GLENWOOD AVE STE500
RALEIGH, NC 27612

DAVID PUREZA, ESQ.
ATTY FOR ENDCOM
PO BOX 99
ELIZABETH CITY, NC 27909-0099

DIXIE AUTO PARTS
ATTN: MANAGING AGENT
1296 U.S. 17 SOUTH
ELIZABETH CITY, NC 27909

DOUG GURKINS, CRO
COUNTRY BOYS AUCTION & RE,
PO BOX 1903
WASHINGTON, NC 27889

DTN
ATTN: MANAGER OR AGENT
PO BOX 3546
OMAHA, NE 68103

EAST CAROLINA BANK
ATTN: MANAGER OR AGENT
3810 SOUTH MEMORIAL DR
WINTERVILLE, NC 28590

EAST COAST EQUIPMENT
ATTN: MANAGER OR AGENT
2112 CNETRAL PARK DRIVE
WINTERVILLE, NC 28590

ENDCOM, INC.
PO BOX 184
BERWICK, NOVA SCOTIA, CANADA BOP0E0

ERPS TRUCK STOP
ATTN: MANAGER OR AGENT
OLD US 17
ELIZABETH CITY, NC 27909

PAUL FANNING, ESQ.
ATTY FOR JOHN DEERE CREDIT
PO BOX 8088
GREENVILLE, NC 27835-8088

FASTENAL CO.
ATTN: MANAGER OR AGENT
PO BOX 978
WINONA, MN 55987

FIA CARD SERVICES
ATTN: MANAGER OR AGENT
PO BOX 15019
WILMINGTON, DE 19886-5019

MICHEAL FIELDS, ESQ.
ATTY FOR MEHERRIN
PO BOX 8088
GREENVILLE, NC 27835-8088

FIRST CITIZENS BANK
ATTN: MANAGING AGENT
P.O. BOX 29514
RALEIGH, NC 27626-0514

FIRST SOUTH LEASING
ATTN: MANAGER OR AGENT
PO BOX 548
GREENVILLE, NC 27835

GATEWAY BANK
ATTN: MANAGER OR AGENT
112 CORPORATE DRIVE
ELIZABETH CITY, NC 27909

GE MONEY BANK
ATTN: MANAGER OR AGENT
PO BOX 960061
ORLANDO, FL 32896-0024

GEORGE'S TAKEOUT
ATTN: MANAGER OR AGENT
PO BOX 22
SMYRNA, NC 28579

GMAC
ATTN: MANAGER OR AGENT
PO BOX 8132
COCKEYSVILLE, MD 21030-8132

GREAT AMERICA LEASING CORP
ATTN: MANAGER OR AGENT
PO BOX 609
CEDAR RAPIDS, IA 52406-0609

HD SUPPLY
ATTN: MANAGER OR AGENT
PO BOX 1419
THOMASVILLE, GA 31799

HERBERT MULLEN, ESQ.
ATTORNEY FOR CA PERRY & S(
101 EAST ELIZABETH ST
ELIZABETH CITY, NC 27909

WILLIAM F. HILL
ATTY FIRST SOUTH LEASING
PO BOX 2517
GREENVILLE, NC 27836

HUBNER SEED CO., INC.
ATTN: MANAGER OR AGENT
10280 W. STATE RD 28
WEST LEBANON, IN 47991

HUDSON & SON GARAGE, INC.
ATTN: MANAGER OR AGENT
1366 NORTHSIDE RD
ELIZABETH CITY, NC 27909

KAY HURDLE
383 HURDLE TOWN RD
ELIZABETH CITY, NC 27909

MIKE HURDLE
455 HURDLE TOWN RD
HERTFORD, NC 27944

CHUCK JACKSON
917 HALLS CREEK RD
ELIZABETH CITY, NC 27909

RUFUS JACKSON
917 HALLS CREEK RD
ELIZABETH CITY, NC 27909

JULIA JAMES
1502 ROCHELLE DR
ELIZABETH CITY, NC 27909

DANIEL JENNINGS
2125 RIVERSHORE RD
ELIZABETH CITY, NC 27909

JOHN DEERE CREDIT
ATTN: MANAGER OR AGENT
PO BOX 4450
CAROL STREAM, IL 60197

JOHN DEERE FARM PLAN
ATTN: MANAGER OR AGENT
PO BOX 6600
JOHNSTON, IA 50131-6600

KI & SUN REALTY
ATTN: ULI BENNEWITZ
PO BOX 1909
MANTEO, NC 27954

KUBUTO CREDIT CORP.
ATTN: MANAGER OR AGENT
14855 FAA BLVD
FORT WORTH, TX 76155

EVERETTE LARABEE
205 SOUTH ACADEMY STREET
AHOSKIE, NC 27910

LARRY LARABEE
724 CHERRY GLADE RD
ELIZABETH CITY, NC 27909

LAWRENCE & MARY RUTH LARABEE
724 CHERRY GLADE RD
ELIZABETH CITY, NC 27909

MARY RUTH LARABEE
724 CHERRY GLADE RD
ELIZABETH CITY, NC 27909

MEG LARABEE
122 BEECHWOOD RD
AHOSKIE, NC 27910

LOWE'S/GEMB
ATTN: MANAGER OR AGENT
PO BOX 960097
ORLANDO, FL 32896

MACHINE & WLEDING CO.
ATTN: MANAGER OR AGENT
PO BOX 1708
DUNN, NC 28335-1708

DONNIE MEADS
1775 NIXONTON RD
ELIZABETH CITY, NC 27909

MEHERRIN AGRICULTURAL & CHEM
ATTN:  MANAGER OR AGENT
P.O. BOX 200
SEVERN, NC 27877

MET LIFE AGRICULTURAL INV
ATTN: MANAGING AGENT
4427 GARWOOD PLACE
RICHMOND, IN 47374

MICHAEL P. FLANAGAN, ESQ.
ATTY FOR FIRST CITIZENS BANI
P.O. BOX 8088
GREENVILLE, NC 27835

NC COASTAL FEDERATION
ATTN: MANAGER OR AGENT
3609 OCEAN HWY 24
NEWPORT, NC 28570

NC DEPT OF AGRICULTURE
ATTN: MANAGER OR AGENT
PO BOX 27647
RALEIGH, NC 27611

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

PARKWAY AG SUPPLY
ATTN: MANAGER OR AGENT
647 CHAPANOKE RD
HERTFORD, NC 27944

PASQUOTANK COUNTY TAX COLL.
ATTN: MANAGER OR AGENT
P.O. BOX 586
ELIZABETH CITY, NC 27907-0586

PENDLETON FARMS, INC.
1891 NIXONTON RD
ELIZABETH CITY, NC 27909

RBC CENTURA
ATTN: MANAGER OR AGENT
PO BOX 1220
ROCKY MOUNT, NC 27802

REED OIL CO.
ATTN: MANAGER OR AGENT
206 N. COVENT GARDEN ST.
HERTFORD, NC 27944

REGIONS EQUIPMENT FINANCE
ATTN: MANAGER OR AGENT
PO BOX 2545
BIRMINGHAM, AL 35202

WILSON E. REID, JR.
1549 PARADISE RD
EDENTON, NC 27932

JOHN RHYNE
COUNSEL FOR ENDCOM
PO BOX 7479
WILSON, NC 27895

RIVER CITY ENTERPRISES
1268 US HWY 17 S
ELIZABETH CITY, NC 27909

GROVER SANDERS
690 BLOUNT RD
ELIZABETH CITY, NC 27909

STEARNS BANK
ATTN:  MANAGER OR AGENT
PO BOX 750
ALBANY, MN 56307-0750

LISA P. SUMNER
ATTORNEY FOR AGCAROLINA
PO BOX 1801
RALEIGH, NC 27602

SUN ACRES, LLC
C/O AGRESOURCE LTD
PO BOX 1909
MANTEO, NC 27954

SUNNYSIDE MANAGMENT
ATTN: MANAGER OR AGENT
4968 FRYING PAN RD
COLUMBIA, NC 27925

SUNTRUST BANK
ATTN: MANAGER OR AGENT
PO BOX 79503
BALTIMORE, MD 21279-0041

FREDERICK SUTER
111 HUBLY DR
EDENTON, NC 27932

SYNERGY RESOURCES
ATTN: MANAGER OR AGENT
1550 AMERICAN BLVD E, STE 450
MINNEAPOLIS, MN 55425

TALMADGE MEADS
ATTN: MANAGER OR AGENT
787 BODY RD
ELIZABETH CITY, NC 27909

TANGELWOOD CROSSING
ATTN: MANAGER OR AGENT
1108 TIDEWATER DR
NORFOLK, VA 23504

TANGLEWOOD DEVELOPMENT
ATTN: MANAGER OR AGENT
102 BREEZEWOOD DRIVE
ELIZABETH CITY, NC 27909

TANGLEWOOD FARMS
1268 US HWY 17 S
ELIZABETH CITY, NC 27909

TANGLEWOOD FARMS, INC. OF EC
1268 US HWY 17 S
ELIZABETH CITY, NC 27909

TANGLEWOOD SOUTH
ATTN: MANAGER OR AGENT
1108 TIDEWATER DR
NORFOLK, VA 23504

CLAUDIA J. THOMPSON
1408 BROTHERS DR
ELIZABETH CITY, NC 27909

RUSSELL & ROSABELLE TWIFORD
2125 RIVERSHORE DRIVE
ELIZABETH CITY, NC 27909

VANDIFORD FARMS, INC.
ATTN: MANAGER OR AGENT
3833 ORMONDSVILLE RD
AYDEN, NC 28513

WALMART
ATTN: MANAGER OR AGENT
PO BOX 960024
ORLANDO, FL 32896-0024

WASTE INDUSTRIES, INC.
ATTN:  MANAGING AGENT
P.O. BOX 580027
CHARLOTTE, NC 28258-0027

WELLS FARGO FINANCIAL LEASING
ATTN: MANAGER OR AGENT
800 WALNUT STREET
DES MOINES, IA 50309

MARSHALL WHITE
PO BOX 83
KITTY HAWK, NC 27949

TILDON WHITEHURST
213 WOODVILLE RD
HERTFORD, NC 27944

WINSLOW ENTERPRISES
1268 US HWY 17 S
ELIZABETH CITY, NC 27909

ALDEN WINSLOW
115 NANCY DRIVE
ELIZABETH CITY, NC 27909

FRANCIS WINSLOW
694 WHITEHAT RD
HERTFORD, NC 27944

JANICE S. WINSLOW
3072 CLEAR CREEK PIKE
NICHOLASVILLE, KY 40356